IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-cv-00706-D

JUUL LABS, INC.,

        Plaintiff,

v.

LBC RAMSEY, LLC and RAMSEY 24 FOOD MART, INC.,

        Defendants.

ORDER ON RENEWED MOTION FOR ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(A)

## ORDER

This matter is before the Court on the motion of Plaintiff Juul Labs, Inc. ("Plaintiff") for entry of default against Defendants LBC Ramsey, LLC and Ramsey 24 Food Mart, Inc.

For good cause shown, it is hereby ORDERED that Plaintiff's Motion for Entry of Default is granted. The Clerk of the Court hereby enters the default of Defendants LBC Ramsey, LLC and Ramsey 24 Food Mart, Inc.

This __15__ day of June, 2021.

_____
Clerk of the Court